■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS PULLEY, Appellant

(Appeal from Judgment of Monroe County Court, Celli, J.—Sodomy, 1st Degree.) Present—Denman, P. J., Boomer, Green, Pine and Davis, JJ.